## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-08785-JVS | Date | December 28, 2022 |
|---|---|---|---|
| Title | In Re: Arturo Gonzalez, Jr. | | |

| Present: The Honorable | JAMES V. SELNA,   U.S. DISTRICT JUDGE | |
|---|---|---|
| Elsa Vargas | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **January 11, 2023** why this action should not be dismissed for lack of prosecution.

Counsel are advised that the Court will consider the filing of the following documents in Bankruptcy Court, with a status report to the District Court, an appropriate response to this Order to Show Cause, on or before the above date indicated above, to avoid dismissal:

X    **Designation of Record**
X    **Statement of Issues on Appeal**
X    **Filing of Notice Regarding Ordering of Transcript**

If this case has been settled and/or dismissed in the Bankruptcy Court counsel /parties must file a **separate** dismissal in the District Court.  If the above documents have been filed in the Bankruptcy Court, counsel shall file a declaration with this Court so stating and counsel shall inquire with the Bankruptcy Court when the Certificate of Readiness will issue.

                                                                          :      0

Initials of Preparer        eva